FILED

06/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0051

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 20-0051
_____

IN RE THE MARRIAGE OF    )
    )
SUSAN RAE WILLIAMS,    )
    )
      Petitioner/Appellee,    )
    )
-vs-    )
    )
JERRY MAX WILLIAMS,    )
    )
      Respondent/Appellant.    )
    )

**ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to the Unopposed Motion for Extension of Time filed by Appellee Susan Rae Williams herein, and good cause appearing therefor,

IT IS HEREBY ORDERED, AND THIS DOES ORDER, that the Appellee shall have up to and including Tuesday, July 7, 2020, within which to file and serve her reply brief.

DATED this ____ day of June, 2020.

_____
CLERK OF SUPREME COURT

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 9 2020

1.    **ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

\\prrnewsql\ProLaw Documents\4058-16253\614258.doc